UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEWAYNE R. ENGSTROM,<br><br>                Plaintiff,<br><br>     v.<br><br>WASHINGTON CORRECTION CENTER,<br><br>                Defendant. | CASE NO. C14-5215 BHS-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR:<br><br>JUNE 6, 2014 |

      This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and Local Rules MJR 3 and 4.

      On March 14, 2014 the Clerk's Office sent plaintiff a letter outlining defects in his application to proceed in forma pauperis and giving plaintiff until April 14, 2014 to cure the defects in his filing (Dkt. 3).

      On March 20, 2014 plaintiff responded by letter indicating that he filed the action prematurely and wishes to "refile at a later time." (Dkt. 4).

1 | Given plaintiff's correspondence, the Court recommends denying plaintiff's application
2 | to proceed in forma pauperis and dismissing this action without prejudice.
3 | Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
4 | fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
5 | 6.  Failure to file objections will result in a waiver of those objections for purposes of de novo
6 | review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C).  Accommodating the time limit
7 | imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on June
8 | 6, 2014, as noted in the caption.
9 | Dated this 15th day of May, 2014.

_____
J. Richard Creatura
United States Magistrate Judge