# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DEWAYNE R. ENGSTROM,<br><br>                Plaintiff,<br><br>v.<br><br>WASHINGTON CORRECTION CENTER,<br><br>                Defendant. | CASE NO. C14-5215BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 5). The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Petitioner's application to proceed *in forma pauperis* is **DENIED**; and

(3)    This action is dismissed without prejudice pursuant to Plaintiff's letter requesting permission to refile the action at a later time. Dkt. 4.

Dated this 16th day of June, 2014.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER